IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| | § CASE NUMBER 6:25-CR-00010-JDK |
| v. | § |
| | § |
| | § |
| | § |
| DEMICHAEL DEWAYNE JOHNSON | § |

**ORDER ADOPTING UNITED STATES MAGISTRATE JUDGE'S REPORT AND FINDING DEFENDANT GUILTY**

The Court referred this matter to the Honorable John D. Love, United States Magistrate Judge, for administration of a guilty plea under Federal Rule of Criminal Procedure 11. The Magistrate Judge conducted a hearing in the form and manner prescribed by Rule 11 and issued Findings of Fact and Recommendation on Guilty Plea. The Magistrate Judge recommended that the Court accept Defendant's guilty plea and adjudge Defendant guilty on Count Five of the Indictment.

The parties have not objected to the Magistrate Judge's findings.

The Court hereby **ADOPTS** the Findings of Fact and Recommendation on Guilty Plea of the United States Magistrate Judge. The Court also accepts Defendant's plea but defers acceptance of the plea agreement until after review of the presentence report.

In accordance with Defendant's guilty plea, the Court finds Defendant Demichael Dewayne Johnson **GUILTY** of Count Five of the Indictment, charging a violation of Title 18 U.S.C. § 924(c) – Use, Carrying and Possession of Firearms During, in Relation to, and in Furtherance of a Drug Trafficking Crime.

**So ordered and signed on this**

**Aug 4, 2025**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE